UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAHALA FRANCHISING, LLC an Arizona limited liability company,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>HYUNG JUN KIM, an individual; and DOES 1-10,<br>　　　　　　Defendants. | No. CV 13-2933 MWF (FFMx)<br><br>ORDER GRANTING PLAINTIFF ATTORNEY'S FEES IN THE AMOUNT OF $2,667.50 |

　　　　On November 14, 2013, this Court granted plaintiff's motion to compel and found that plaintiff was entitled to recover the attorney's fees it incurred in connection with the motion. Pursuant to the Court's order, plaintiff filed a declaration on November 25, 2013 outlining the fees it incurred in connection with the motion in the total amount of $2,667.50. The order also provided defendant Hyung Jun Kim with an opportunity to oppose the amount requested by plaintiff by filing an opposition within five days after plaintiff had submitted the declaration. Defendant did not file any opposition to the amount of fees requested by plaintiff.

/ / /

/ / /

/ / /

/ / /

THEREFORE, IT IS ORDERED that defendant Hyung Jun Kim pay plaintiff $2,667.50 for reimbursement of the attorney's fees incurred by plaintiff in connection with the motion to compel. The amount ordered is due within 10 days of the date of this order.

DATED: December 17, 2013

    /S/ FREDERICK F. MUMM
FREDERICK F. MUMM
United States Magistrate Judge